PROB12B (3/16)

# UNITED STATES DISTRICT COURT
### FOR THE
# WESTERN DISTRICT OF WISCONSIN

Request for Modifying the Conditions of Supervision
with the Consent of the Offender
*(PROBATION FORM 49, WAIVER OF HEARING, IS ATTACHED)*

**Name of Offender:** Joseph Garrison       **Case Number:** 25-cr-43-jdp-1
Madison, Wisconsin

**Name of Sentencing Judicial Officer:** Honorable Lewis A. Kaplan (Southern District of New York)
**Name of Presiding Judicial Officer:** Honorable James D. Peterson

**Date of Original Sentence:** January 31, 2024

**Offense:** Conspiracy to Commit Computer Intrusions, in violation of 18 U.S.C. § 371, a Class D felony

**Original Sentence:** 18 months imprisonment, to be followed by a 3-year term of supervised release; Restitution: $1,327,061

**Type of Supervision:** Supervised release       **Date Supervision Commenced:** April 29, 2025

## PETITIONING THE COURT

☒ To modify the conditions of Joseph Garrison's supervision with the addition of the following special condition:

Special Condition No. 5: "Defendant shall provide the supervising U.S. Probation Officer advance notification of any devices associated with or falling within the general category of information technology (IT) that produce, manipulate, store, communicate or disseminate information used by defendant. This includes external and portable hard drives. The probation office is authorized to install applications to monitor any such devices owned or operated by defendant. Defendant is required to comply with the monitoring agreement and may not disable or circumvent any applications. Defendant shall consent to and cooperate with unannounced examinations of any technological equipment owned or used by defendant, including but not limited to retrieval and copying of all data from all information technology devices and any internal or external peripherals based on reasonable suspicion of contraband or illegal activity. The examinations may involve removal of such equipment for the purpose of conducting examination."

## CAUSE

The proposal to include the condition ordering Mr. Garrison to provide advance notification of all IT devices and allowing the probation office to install monitoring software on any devices owned or operated by him is recommended as his offense involved multiple illegal online activities. According to the presentence report, Mr. Garrison utilized devices to launch a credential stuffing attack on DraftKings in November 2022 (the "DraftKings Attack") and obtained access to tens of thousands of DraftKings user accounts (the "Victim Accounts"). Mr. Garrison then sold access to those Victim Accounts through various websites that marketed and sold illegal account credentials, and the buyers of those credentials accessed the Victim Accounts and withdrew approximately $600,000

in total from the Victim Accounts. Additionally, during a law enforcement interview Mr. Garrison admitted to participating in similar credential stuffing attacks prior to the DraftKings Attack.

Mr. Garrison is also subject to state probation with the Wisconsin Department of Corrections (WI DOC) following his conviction on February 5, 2024, of two counts of Bomb Scares in Dane County, Wisconsin, Circuit Court Case No. 22CF2055. Per his state supervision rules, he is restricted from accessing the internet as their agency does not have the means to monitor IT devices. The undersigned officer spoke with Mr. Garrison's supervising state probation agent and the WI DOC would remove the internet restriction if his IT devices had monitoring software installed and oversight was provided by the federal probation office.

On March 26, 2025, Mr. Garrison began his pre-release placement at a residential reentry center, located at Rock Vally Community Programs (RVCP) in Janesville, Wisconsin. In preparation of his supervised release commencing, the undersigned officer met with Mr. Garrison at RVCP to review his court-ordered conditions and expectations while on federal supervision. Mr. Garrison expressed he was willing to modify his federal court-ordered conditions to include having monitoring software installed on his devices as he anticipates experiencing more barriers and difficulties if he were completely restricted from accessing the internet. He is familiar with the monitoring of his devices as this was a condition of his release while on pretrial supervision with our office. On April 24, 2025, the *Probation Form 49* was reviewed with him, along with the probation office's Information Technology Monitoring and Management Agreement. Mr. Garrison confirmed he was in agreement to modify his conditions to include Special Condition No. 5 and signed the *Probation Form 49*.

**U.S. Probation Office Recommendation:** It is respectfully recommended that Mr. Garrison's conditions of supervised release be modified to include Special Condition No. 5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025

/s/

Alyssa M. Brody
Senior U.S. Probation Officer

**THE COURT ORDERS:**
☒ The modification of conditions as noted above.
☐ Other

Honorable James D. Peterson
U.S. District Judge

APRIL 29, 2025
Date