| PROB 22<br>(Rev. 11/23) | TRANSFER OF JURISDICTION | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>FILED: 4/29/2025 | DOCKET NUMBER *(Tran. Court)*<br>23-CR-597-001 (LAK) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>25-cr-43-jdp |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Joseph Garrison<br>Madison, Wisconsin | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE<br>Lewis A. Kaplan, Senior U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 04/29/2025 TO 04/28/2028 |

OFFENSE

Conspiracy to Commit Computer Intrusions, 18 USC 371, a class D Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Garrison resides in the Western District of Wisconsin, plans to remain in that district and has no ties to SDNY.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____4/24/25_____                                                                        _____
Date                                                                                                              United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Joseph Garrison's supervision from the Southern District of New York to the Western District of Wisconsin, the sealed records of the Court in the above-styled matter relating to Joseph Garrison are unsealed for the limited purpose of transferring those records to the United States District Court for the Western District of Wisconsin to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_APRIL 25, 2025_                                                                                   _____
Effective Date                                                                                              United States District Judge