CLOSED,ECF,PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:23-cr-00597-LAK-1

Case title: USA v. Garrison

Magistrate judge case number: 1:23-mj-03947-UA

Date Filed: 11/15/2023

Date Terminated: 02/22/2024

---

Assigned to: Judge Lewis A. Kaplan

### Defendant (1)

| | | |
|---|---|---|
| **Joseph Garrison**<br>*TERMINATED: 02/22/2024* | represented by | **Clay Hubbard Kaminsky**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>212-417-8749<br>Fax: 212-571-0392<br>Email: clay_kaminsky@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO COMMIT COMPUTER INTRUSION<br>(1) | IMPRISONMENT: 18 Months. SUPERVISED RELEASE: 3 Years. RESTITUTION: $1,327,061 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F -- CONSPIRACY TO DEFRAUD THE UNITED STATES, 18:1030A.F -- FRAUD ACTIVITY CONNECTED WITH COMPUTERS, 18:1349.F -- ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD, 18:1343.F -- FRAUD BY WIRE, RADIO, OR TELEVISION, | |

18:1028A.F –– FRAUD WITH IDENTIFICATION DOCUMENTS, 18:2.F –– PRINCIPALS

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kevin Bowmar Mead**<br>DOJ–USAO<br>USAO Sdny<br>One St. Andrews Plaza<br>10007<br>New York, NY 10007<br>212–637–2211<br>Email: Kevin.Mead@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Micah Festa Fergenson**<br>United States Attorney's Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>212–637–2190<br>Email: micah.fergenson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2023 | 1 | COMPLAINT as to Joseph Garrison (1). (Signed by Magistrate Judge James L. Cott) (vb) [1:23–mj–03947–UA] (Entered: 05/15/2023) |
| 05/18/2023 | | Arrest of Joseph Garrison. (jbo) [1:23–mj–03947–UA] (Entered: 05/18/2023) |
| 05/18/2023 | 3 | CJA 23 Financial Affidavit by Joseph Garrison. Clay Kaminsky appointed Federal Defender. APPROVED. (Signed by Magistrate Judge James L. Cott) (jbo) [1:23–mj–03947–UA] (Entered: 05/18/2023) |
| 05/18/2023 | | Attorney update in case as to Joseph Garrison. Attorney Clay Hubbard Kaminsky for Joseph Garrison added. (jbo) [1:23–mj–03947–UA] (Entered: 05/18/2023) |
| 05/18/2023 | 4 | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Initial Appearance as to Joseph Garrison held on 5/18/2023. Bond Hearing as to Joseph Garrison held on 5/18/2023. Defendant present with Federal Defender Clay Kaminsky. AUSA Kevin Mead present for the Government. Voluntary surrender. BAIL DISPOSITION: Agreed conditions of release; $100,000 Personal recognizance bond; To be cosigned by two financially responsible persons; Travel restricted to SDNY/EDNY/WD Wisconsin with points in between to travel for court purposes only; Surrender travel documents and no new applications; Pretrial supervision as directed by Pretrial Services; Mental health evaluation and treatment; Deft to continue or seek employment; OR Deft to continue or start education program; Deft not to possess firearm, destructive device, other weapon; *Defendant's mother, Kimberly Garrison, to serve as third party custodian *Defendant is only permitted to access two internet–enabled devices (one computer and one cell phone) and submit to computer monitoring. All other computer/internet–enabled devices in the home must be password protected and the defendant must not have access to them. *Defendant to have no communication with alleged co–conspirators *Defendant not to possess tools used in hacking, such as wordlists or usernames and passwords, config files, and software used primarily for the purpose of hacking such as openbullet and silverbullet; Deft to be released on own signature; Remaining conditions to be met by 6/1/23. [**Preliminary Hearing Date: 6/19/23.] On defendant's consent. (jbo) [1:23–mj–03947–UA] (Entered: 05/18/2023) |

| | | |
|---|---|---|
| 05/18/2023 | 5 | Appearance Bond Entered as to Joseph Garrison: $100,000 Personal recognizance bond; To be cosigned by two financially responsible persons; Additional conditions..... (jbo) (Main Document 5 replaced on 6/20/2023) (jbo). [1:23–mj–03947–UA] (Entered: 05/18/2023) |
| 06/20/2023 | 6 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joseph Garrison. Time excluded from 6/20/23 until 7/18/23. (Signed by Magistrate Judge Gabriel W. Gorenstein on 6/20/23)(vb) [1:23–mj–03947–UA] (Entered: 06/21/2023) |
| 06/20/2023 | 7 | AFFIRMATION of Micah F. Fergenson in Support by USA as to Joseph Garrison re: 6 Order to Continue – Interest of Justice. (vb) [1:23–mj–03947–UA] (Entered: 06/21/2023) |
| 07/18/2023 | 8 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joseph Garrison. Time excluded from 07/18/2023 until 08/17/2023. (Signed by Magistrate Judge Stewart D. Aaron on 7/18/2023)(Bonano, Josephine) [1:23–mj–03947–UA] (Entered: 07/18/2023) |
| 07/18/2023 | 9 | AFFIRMATION of AUSA Kevin Mead in Support by USA as to Joseph Garrison re: 8 Order to Continue – Interest of Justice. (Bonano, Josephine) [1:23–mj–03947–UA] (Entered: 07/18/2023) |
| 08/17/2023 | 10 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joseph Garrison. Time excluded from 08/17/2023 until 09/18/2023. (Signed by Magistrate Judge Katharine H. Parker on 08/17/2023)(joe) [1:23–mj–03947–UA] (Entered: 08/17/2023) |
| 08/17/2023 | 11 | AFFIRMATION of AUSA Kevin Mead in Support by USA as to Joseph Garrison re: 10 Order to Continue – Interest of Justice. (joe) [1:23–mj–03947–UA] (Entered: 08/17/2023) |
| 09/18/2023 | 12 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joseph Garrison re: 6 Order to Continue – Interest of Justice. Time excluded from 9/18/23 until 10/18/23. (Signed by Magistrate Judge Jennifer E Willis on 9/18/23)(C.R) [1:23–mj–03947–UA] (Entered: 09/20/2023) |
| 09/18/2023 | 13 | AFFIRMATION of Kevin Mead in Support by USA as to Joseph Garrison re: 12 Order to Continue – Interest of Justice. (C.R) [1:23–mj–03947–UA] (Entered: 09/20/2023) |
| 10/18/2023 | 14 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Joseph Garrison. Time excluded from 10/18/2023 until 11/17/2023. (Signed by Magistrate Judge James L. Cott on 10/18/2023)(joe) [1:23–mj–03947–UA] (Entered: 10/18/2023) |
| 10/18/2023 | 15 | AFFIRMATION of AUSA Kevin Mead in Support by USA as to Joseph Garrison re: 14 Order to Continue – Interest of Justice. (joe) [1:23–mj–03947–UA] (Entered: 10/18/2023) |
| 10/26/2023 | 16 | NOTICE OF INTENT TO FILE an Information by U.S.A. as to Joseph Garrison. (jm) (Entered: 11/15/2023) |
| 11/15/2023 | 17 | INFORMATION (Felony) filed as to Joseph Garrison (1) count(s) 1. (jm) (Entered: 11/15/2023) |
| 11/15/2023 | 18 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Joseph Garrison. (jm) (Entered: 11/15/2023) |
| 11/15/2023 | 19 | WAIVER OF INDICTMENT by Joseph Garrison. (jm) (Entered: 11/15/2023) |
| 11/15/2023 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger:Arraignment as to Joseph Garrison (1) Count 1 held on 11/15/2023. Defendant appears with counsel Clay Kaminsky; AUSAs Kevin Mead and Micah Fergenson are also present. Plea entered by Joseph Garrison (1) Guilty as to Count 1., As to Joseph Garrison. Plea accepted. Bail continued. ( Sentencing (Control date) set for 1/16/2024 at 10:00 AM before Judge Lewis A. Kaplan.) (jm) (Entered: 11/15/2023) |
| 11/15/2023 | | Case Designated ECF as to Joseph Garrison. (jm) (Entered: 11/15/2023) |

| | | |
|---|---|---|
| 11/16/2023 | 20 | LETTER MOTION addressed to Judge Lewis A. Kaplan from Kevin Mead dated November 16, 2023 re: Acceptance of Plea . Document filed by USA as to Joseph Garrison. (Attachments: # 1 Exhibit Plea Transcript, # 2 Proposed Order Plea Acceptance Order, # 3 Exhibit Plea Agreement, # 4 Exhibit Forfeiture Order)(Mead, Kevin) (Entered: 11/16/2023) |
| 11/27/2023 | 21 | MOTION for Victim Rights . Document filed by USA as to Joseph Garrison. (Attachments: # 1 Proposed Order Proposed Victim Notification Order)(Mead, Kevin) (Entered: 11/27/2023) |
| 01/18/2024 | 24 | CONSENT LETTER MOTION addressed to Judge Lewis A. Kaplan from Clay H. Kaminsky dated January 18, 2024 re: Extension of Deadline . Document filed by Joseph Garrison. (Kaminsky, Clay) (Entered: 01/18/2024) |
| 01/18/2024 | 25 | MEMO ENDORSEMENT as to Joseph Garrison (1) granting 24 CONSENT LETTER MOTION addressed to Judge Lewis A. Kaplan from Clay H. Kaminsky dated January 18, 2024 re: Extension of Deadline. ENDORSEMENT: Granted. (Signed by Judge Lewis A. Kaplan on 1/18/2024) (lnl) (Entered: 01/18/2024) |
| 01/22/2024 | 27 | SENTENCING SUBMISSION by Joseph Garrison. (Kaminsky, Clay) (Entered: 01/22/2024) |
| 01/26/2024 | 28 | Sentencing Letter by USA as to Joseph Garrison addressed to Hon. Lewis A. Kaplan from Kevin Mead dated January 26, 2024 re: January 31, 2024 Sentencing of Defendant Joseph Garrison. (Attachments: # 1 Proposed Order Restitution Order)(Mead, Kevin) (Entered: 01/26/2024) |
| 01/31/2024 | 29 | ORDER as to Joseph Garrison: IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. (Signed by Judge Lewis A. Kaplan on 1/31/2024) (ap) (Entered: 01/31/2024) |
| 01/31/2024 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Sentencing held on 1/31/2024 for Joseph Garrison (1) Count 1. Sentencing hearing held regarding Joseph Garrison before district judge Hon. Lewis A. Kaplan regarding. Defendant present with attorney Clay H. Kaminsky. AUSA Micah F. Fergenson present. Court reporter Rebecca Forman present. Defendant Garrison sentenced to a term of imprisonment of 18 months, that he thereafter serve a term of supervised release of three years, and pay the mandatory special assessment of $100. It is further adjudged that he forfeit to the United States the sum of $175,019.11 as will be further set forth in a written forfeiture order. Additionally, the defendant shall pay restitution in the amount $1,327,061 in the order of restitution that the Court will sign when it is submitted in final form. The restitution will be payable in monthly installments commencing on the first day of the second month following the month in which you are released from the term of imprisonment imposed here by Each monthly payment shall be equal to the sum of the earninged income amount and the other income amount the term earned income means remuneration for personal services. The term other income means revenues from all other sources, other than public assistance and unemployment insurance compensation. The term earned income amount is defined as 15 percent of your earned income up to $5,000, plus 45 percent of earned income in excess of $5,000, for the preceding month. The term other income is defined as 80 percent of your other income tore for the preceding month. The Court waives the payment of interest on the restitution. The term of supervised release shall be subject to the mandatory, the standard, and the special conditions of supervision set forth at pages 26–28 of the presentence report. Which you have told me you have read. You shall submit your person, and any property, residence, vehicle, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any United States Probation Officer, and if needed, with the assistance of any law enforcement. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the person being supervised. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner. You must provide the probation officer with access to any requested financial information. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you are in compliance with the installment payment schedule. You must continue to participate in an outpatient mental health treatment program approved by the United States Probation Office. You |

| | | |
|---|---|---|
| | | must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third–party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider. The Court recommends that the defendant be designated to a minimum security facility near Madison, Wisconsin. The defendant is continued on bail, pending your surrender to the Bureau of Prisons. On the date and by the time that the bureau tells you to show up which will not be before June 1, 2024. If for any reason you haven't surrendered to the Bureau of Prisons on or before June 3, 2024 you're to surrender to the U.S. marshal on the fourth floor of this building on June 3, 2024 before 2 p.m. (lnl) (Entered: 02/06/2024) |
| 02/02/2024 | 30 | CONSENT PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Joseph Garrison. (Signed by Judge Lewis A. Kaplan on 2/2/24)(jw) (Entered: 02/02/2024) |
| 02/07/2024 | 31 | TRANSCRIPT of Proceedings as to Joseph Garrison re: Sentence held on 1/31/24 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/28/2024. Redacted Transcript Deadline set for 3/11/2024. Release of Transcript Restriction set for 5/7/2024. (Moya, Goretti) (Entered: 02/07/2024) |
| 02/07/2024 | 32 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Joseph Garrison. Notice is hereby given that an official transcript of a Sentence proceeding held on 1/31/24 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 02/07/2024) |
| 02/22/2024 | 33 | CONSENT ORDER OF RESTITUTION as to Joseph Garrison. SO ORDERED: (Signed by Judge Lewis A. Kaplan on 2/20/2024) [*** NOTE: See this Order as set forth. ***](bw) (Entered: 02/22/2024) |
| 02/22/2024 | 34 | JUDGMENT In A Criminal Case. Date of Imposition of Judgment: 1/31/2024. Defendant Joseph Garrison (1) pleaded guilty to Count(s) 1. IMPRISONMENT: 18 Months. The defendant shall surrender to the Bureau of Prisons (BOP) on the date and by the time that the BOP directs him to surrender, which shall not be before June 1, 2024. If for any reason the defendant hasn't surrendered to the BOP on or before June 3, 2024, he is directed to surrender to the U.S. marshal on the fourth floor of of the United States District Court, 500 Pearl St., New York, NY on June 3, 2024 before 2 p.m. – The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to a minimum security facility near Madison, Wisconsin. SUPERVISED RELEASE: 3 Years subject to the mandatory, standard, and special conditions of supervision set forth at pages 26–28 of the presentence report. 1) You shall submit your person, and any property, residence, vehicle, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any United States Probation Officer, and if needed, with the assistance of any law enforcement. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the person being supervised. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner. 2) You must provide the probation officer with access to any requested financial information. 3) You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you are in compliance with the installment payment schedule. 4) You must continue to participate in an outpatient mental health treatment program approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third–party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence |

| | | |
|---|---|---|
| | | investigation report, to the health care provider. Standard Conditions of Supervision (See page 4 of Judgment). ASSESSMENT: $100.00, due immediately. RESTITUTION: $1,327,061. The court determined that the defendant does not have the ability to pay interest and it is ordered that: the interest requirement is waived for the restitution. Special instructions regarding the payment of criminal monetary penalties: See the additional J&C page 6(a). – The defendant shall forfeit the defendant's interest in the following property to the United States: $175,019.11 As further set forth in the Consent Preliminary Order of Forfeiture/Money Judgment (DI 30). (Signed by Judge Lewis A. Kaplan on 2/20/2024)(bw) (Entered: 02/22/2024) |
| 03/20/2024 | 35 | SEALED DOCUMENT placed in vault. (jus) (Entered: 03/20/2024) |
| 03/20/2024 | 36 | SEALED DOCUMENT placed in vault. (jus) (Entered: 03/20/2024) |
| 04/25/2024 | 37 | LETTER by USA as to Joseph Garrison addressed to Judge Lewis A. Kaplan from Kevin Mead dated April 25, 2024 re: Related Case Document filed by USA. (Mead, Kevin) (Entered: 04/25/2024) |
| 09/17/2024 | 38 | ORDER as to Joseph Garrison: ORDEREDThat the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 377l(a): 1. The United States Attorney's Office will post notification about scheduled public proceedings on its Internet website at http://www.usdoj.gov/usao/nys on a page for this case and that page will also provide the following information: Case 1:23–cr–00597–LAK Document 21–1 Filed 11/27/23 a. The caption, case number and assigned judge for the case for which notification is made; b. A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 377l(a); c. A listing of public proceedings scheduled in the case; and d. The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights. 2. The Government will update its Internet posting relating to this case to reflect scheduled public proceedings, within a reasonable period of time of such schedule. The Clerk shall terminate Dkt. 21. (Signed by Judge Lewis A. Kaplan on 9/17/2024) (See ORDER set forth) (ap) (Entered: 09/17/2024) |
| 04/24/2025 | 39 | PROBATION FORM 22 – TRANSFER OF JURISDICTION as to Joseph Garrison. By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Joseph Garrison's supervision from the Southern District of New York to the Western District of Wisconsin, the sealed records of the Court in the above–styled matter relating to Joseph Garrison are unsealed for the limited purpose of transferring those records to the United States District Court for the Western District of Wisconsin to the Probation Department in that district. (Signed by Judge Lewis A. Kaplan on 4/24/2025) (lnl) (Entered: 04/24/2025) |
| 04/29/2025 | 40 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. Western District of Wisconsin as to Joseph Garrison. (jw) (Entered: 04/29/2025) |
| 04/29/2025 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Joseph Garrison to the U.S.D.C. Western District of Wisconsin. The following documents were emailed: The Transfer of Jurisdiction Form, Information, Waiver of Indictment, Judgment, and Docket Sheet on 4/29/2025. (jw) (Entered: 04/29/2025) |